FREIGHT TRACKING TECHNOLO-
GIES, LLC, Plaintiff–Appellant

v.

VIRGINIA INTERNATIONAL TER-
MINALS, LLC, Now Solutions,
Inc., Defendants–Appellees

2015–1920

United States Court of Appeals,
Federal Circuit.

June 22, 2016

STEVEN ARTHUR MADDOX, Maddox Edwards, PLLC, Washington, DC, argued for plaintiff-appellant. Also represented by KAVEH SABA; KEVIN PAUL ANDERSON, BRIAN PANDYA, ROBERT JAMES SCHEFFEL, JAMES HAROLD WALLACE, JR., Wiley Rein, LLP, Washington, DC.

CAROLYN CHANG, Fenwick & West, LLP, Mountain View, CA, argued for defendants-appellees. Also represented by BRIAN EDWIN LAHTI, YIXIN ZHANG, HECTOR JULIAN RIBERA.

### JUDGMENT

Per Curiam (Newman, Schall, and Taranto, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**